## CAUSE NO. 29458

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 354TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT |
| | § | |
| GRAYSON SMITH | § | HUNT COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/12/2015 1:59:38 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Grayson Smith, Defendant in the above entitled and numbered cause, within 30 days of sentencing, and files this Notice of Appeal with my election to have the appeal heard by the Texarkana Court of Appeals from his conviction in Cause Number 29458.

Defendant shows the Court that pursuant to the provisions of Rule 25.2(a)(2) of the Texas Rules of Appellate Procedure, Defendant tenders this notice as evidence of his desire to appeal the conviction in Cause Number 29458.

Respectfully submitted,

_____
Michael C. Lowe
Board Certified - Criminal Law
Texas Board of Legal Specialization
State Bar No. 24007573
700 N. Pearl St., Suite 2170
Dallas, Texas  75201
Phone:  (214) 526-1900
Facsimile:  (214) 748-4348

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been mailed to the Assistant District Attorney assigned to this Court in accordance with the Texas Rules of Criminal Procedure on the 27th day of April, 2015.

_____
Michael C. Lowe



AT **FILED**

MAR 3 1 2015

CLERK, DISTRICT COURT, HUNT CO., TX

CASE NO. **29458** COUNT 1
INCIDENT NO./TRN: 9128357477 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| GRAYSON DAVID SMITH | § | |
| | § | |
| STATE ID NO.: TX 50357973 | § | 354TH JUDICIAL DISTRICT |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, RICHARD A. BEACOM, JR. , Judge of the trial court certify this criminal case:

☒ is not a plea bargain case, and the defendant has the right of appeal; or

☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or

☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or

☐ is a plea bargain case, and the defendant has NO right of appeal; or

☐ the defendant has waived the right of appeal.

Signed on 03-31-2015.

HONORABLE RICHARD A. BEACOM, JR.
354 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

| | |
|---|---|
| Defendant (MUST SIGN) | Attorney for Defendant |
| Mailing Address: PO Box 241 Emory TX 75440 | SBN: 15461500 |
| Telephone number: 903-474-1260 | Address: Box 8277 Greenville 75404 |
| Fax number: _____ | Telephone Number: 903 455 5797 |
| | Fax Number: 903 455 6205 |

29458

2

CAUSE NO. 29458

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 354TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT |
| | § | |
| GRAYSON SMITH | § | HUNT COUNTY, TEXAS |

## DEFENDANT'S MOTION FOR A NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule of Appellate Procedure 21.3 and the holding in *State v. Gonzales*, 855 S.W.2d 692 (Tex. Crim. App. 1993), Defendant moves the court for a New Trial in the interest of Justice. Defendant also requests a hearing to supplement the court's record and would show the following in support thereof.

I.

Defendant received ineffective assistance of counsel in violation of the 6th Amendment to the United State Constitution and Article 1, Section 10 of the Texas Constitution, and the Texas Code of Criminal Procedure, Article 1.05. In particular, Defense counsel failed to make objections and/or requests concerning violations of Mr. Grayson's fundamental rights. Defense counsel was also ineffective in not offering testimony in rebuttal to state's witnesses.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Honorable Court will enter an order granting the Defendant's request made herein.

SCANNED

DEFENDANT'S MOTION FOR A NEW TRIAL                                    Page 1

Respectfully submitted,

_____
Michael C. Lowe
Board Certified - Criminal Law
Texas Board of Legal Specialization
State Bar No. 24007573
700 N. Pearl St., Suite 2170
Dallas, Texas 75201
Telephone: (214)526-1900
Facsimile: (214)748-4348

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's

Motion For New Trial has been served on the District Attorney assigned to this Court, on this the

27th day of April, 2015.

_____
**Michael C. Lowe**

# ORDER

On this date came to be heard the foregoing Motion for a New Trial, and after due consideration, the Court is of the opinion that the same should be and it is hereby (GRANTED) (DENIED, to which action of the Court the Defendant excepts).

SIGNED AND ENTERED this _____ day of _____, 2015.

_____
**JUDGE PRESIDING**